No. 96–1412. SPECKARD, SUPERINTENDENT, GROVELAND CORRECTIONAL FACILITY, ET AL. v. AYALA. C. A. 2d Cir. Motion

of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.